IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PHILLIP JAY STERLING, JR.                                                              PLAINTIFF

v.                                    Case No. 6:22-cv-6053

SHERIFF TRAVIS HILL                                                                    DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed December 6, 2023, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 40.  Judge Ford recommends that Plaintiff's amended complaint (ECF No. 6) be dismissed for failure to comply with the Court's Local Rules and Orders and failure to prosecute this case.  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto*.  Accordingly, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 3rd day of January, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge